IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| WAYDE ELLIOTT and<br>COLUMBIA SELF STORAGE, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 140163N |
| | ) | |
| v. | ) | |
| | ) | |
| COLUMBIA COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision incorporates without change the court's Decision entered on August 5, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiffs' Revised Motion to Withdraw Complaint (Motion), filed July 23, 2014, by Plaintiffs' representative, David J. Sweeney, pursuant to Tax Court Rule-Magistrate Division (TCR-MD) 2 F.

TCR-MD 2 F states "[a] party wishing to withdraw its appeal must submit the request in writing to the court with a copy to the other party or parties." Plaintiffs submitted the Motion, copy to Defendant, stating that they "hereby withdraw their complaint * * *." (Ptfs' Mot at 1.) As of the date of this Decision of Dismissal, Defendant has not filed a response to Plaintiffs' Motion.

Defendant did not assert any counterclaims in its May 7, 2014, Answer. After considering Plaintiffs' Motion, the court finds the case should be dismissed. Now, therefore,

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

Dated this ___ day of August 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision was signed by Magistrate Allison R. Boomer on August 22, 2014. The Court filed and entered this Final Decision on August 22, 2014.*